

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00016-CV

_____

DIXON W. HOLMAN, SHARON G. HOLMAN,
WATERMARK TRANSPORT SERVICES, LLC, TRUCK PROVIDERS, LLC,
AND TRUCK PROVIDERS II, LLC, Appellants

V.

COLONIAL PACIFIC LEASING CORPORATION, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-244003-10

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

The appellants, Dixon W. Holman, Sharon G. Holman, Watermark Transport Services, LLC, Truck Providers, LLC, and Truck Providers II, LLC, have filed a motion to dismiss the pending appeal in this matter.[1] The appellants represent that the parties have reached a full and final settlement and that they no longer desire to prosecute this appeal.

We grant the appellants' motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


Bailey C. Moseley
Justice


Date Submitted:      May 29, 2014
Date Decided:       May 30, 2014

---

[1]Originally appealed to the Second Court of Appeals in Fort Worth, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

2